# CONSTABLE'S RETURN

**Style of Case:** JAIME JERONIMO GARCIA v., UNIVERSITY BEHAVIORAL HEALTH OF EL PASO, L.L.C.,

Came into hand, this __10__ day of __July__ 20 __18__, at __10:32__ __A.__ M. By executing and delivering a __Citation__ issued out of the state of __TEXAS__ under cause number: __2018DCV2210__ on the __10__ Day __July__, 20 __18__, at __3:00__ o'clock __P.__ M., to: _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:**

_____ pursuant to Rule 106/Rule 501, to an occupant:
_____ over the age of 16 years.

_____ pursuant to Rule 106/Rule 501, by securely attaching
_____ of the defendant's last known place of
and/or affixing to the _____
☐ Business ☐ abode.

☒ University Behavioral Heath of El Paso, L.L.C.,    ☐ A Corporation   ☐ A Business

**Name:** C T CORPORATION SYSTEM   ☐ President ☐ Vice-President ☒ Registered Agent

☒ By delivering to C T CORPORATION SYSTEM through their authorized employee to accept service through: __Terri Thongsavat, Operations Specialist.__

**Service Address:** 1999 BRYAN STREET, SUITE #900, DALLAS, TEXAS 75201

RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:

**Service Fees: $** 80.00

F. A. BROMLEY #103   DEPUTY CONSTABLE
TRACEY L. GULLEY, CONSTABLE
DALLAS COUNTY PRECINCT 1

COUNTY OF DALLAS §
§
STATE OF TEXAS §

SIGNED AND SWORN BY SAID _____, before me, this _____ day of _____ 20 _____, to certify which, witness my hand and seal of office.

NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS


EXHIBIT A



Receipt# 1158094
Check# 1285

# THE STATE OF TEXAS

037071

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **UNIVERSITY BEHAVIORAL HEALTH OF EL PASO, LLC**, who may be served with process by serving its registered agent, **CT CORPORATION SYSTEM, OR ANY OTHER AUTHORIZED OFFICER OR AGENT THEREIN AT 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201 or wherever he/she may be found**

Greetings:
You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition, Jury Demand and Request for Initial Disclosures at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **210th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 14th day of June, 2018 by Attorney at Law, CONNIE J FLORES, 906 N MESA ST 2ND FLOOR, EL PASO, TX 79902 in this case numbered **2018DCV2210** on the docket of said court, and styled:

**JAIME JERONIMO GARCIA**
**VS.**
**UNIVERSITY BEHAVIORAL HEALTH OF EL PASO, LLC D/B/A EL PASO BEHAVORIAL HEALTH SYSTEM**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Jury Demand and Request for Initial Disclosures, Plaintiffs' First Request for Production of Documents and Things and Privilege Log to Defendant, Plaintiff's First Set of Interrogatories to Defendant and Privielge Log accompanying this citation and made a part hereof.
The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 22nd day of June, 2018.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: ___NORMA FAVELA BARCELEAU___ District Clerk
El Paso County, Texas
By: _Erica Romero_, Deputy
Erica Romero

Rule 106: "The citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the Plaintiff's Original Petition, Jury Demand and Request for Initial Disclosures, Plaintiffs' First Request for Production of Documents and Things and Privilege Log to Defendant, Plaintiff's First Set of Interrogatories to Defendant and Privielge Log, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|---|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | Hour | Min. | .M | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

the diligence used in finding said defendant, being _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ cop ____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   By _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20____, at _____ o'clock ___.m. this copy of this instrument.

_____, Sheriff/Agent

_____ County, Texas

By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.

(SEAL)

_____
NOTARY PUBLIC, STATE OF TEXAS

CONNIE J. FLORES  •  JAMES D. TAWNEY  •  ALEJANDRO ACOSTA, III  •  DAISY CHAPARRO

**Las Cruces Office:** *
1485 N. Main St., Suite B
Las Cruces, NM 88001
Phone: (575) 222-1000
Facsimile: (575) 652-4752

*Principal Office*

*All attorneys licensed to practice law in New Mexico and Texas.*



**El Paso Office:**
906 N. Mesa St., 2nd Floor
El Paso, TX 79902
Phone: (915) 308-1000
Facsimile: (915) 300-0283

**Web:**
https://ftalawfirm.com

# FLORES | TAWNEY | ACOSTA P.C.
Injury & Employment Attorneys

July 6, 2018

Constable Tracey Gulley- Constable Precinct 1
Attn: Civil Department
7201 S. Polk
Dallas, Texas 75232

Re:   *Via U.S. Mail*
*Jaime Jeronimo Garcia vs University Behavioral Health of El Paso, LLC d/b/a El Paso Behavioral Health System; In the 210th Judicial District Court of El Paso County, Texas; Cause No. 2018DCV2210.*

Dear Constable Gulley:

I enclose the following:

1. Plaintiff's Original Petition, Jury Demand and Request for Initial Disclosures;
2. One Original and Two Copies of the issued citation;
3. Plaintiff's First Set of Interrogatories to Defendants;
4. Plaintiff's First Request for Production of Documents and Things to Defendants;
5. Check in the amount of $80.00 for service of the Petition, Citation, and attached documents on **UNIVERISTY BEHAVIORAL HEALTH OF EL PASO, LLC d/b/a EL PASO BEHAVIORAL HEALTH SYSTEM may be served with process by serving its registered agent/officer, CT CORPORATION SYSTEM, or any other authorized officer or agent therein at 1999 Bryan Street, Suite 900, Dallas, Texas 75201 and/or where ever may be found and;**
6. Self-addressed, stamped envelope.

Please serve the above described documents on the appropriate party and return the Sheriff's returns (reverse side of citations) to me at the above office.

Should you have any questions, please contact my office. Thank you for your assistance.

Very truly yours,

*Connie J. Flores*
CONNIE J. FLORES

CJF/sm



# Notice of Service of Process

null / ALL
Transmittal Number: 18548076
Date Processed: 08/09/2018

| | |
|---|---|
| Primary Contact: | Molly Long Farrel<br>Universal Health Services<br>120 Bert Brown Road<br>San Marcos, TX 78666 |
| Electronic copy provided to: | Michelle Carson<br>Nick Nolfi<br>Matthew Klein |
| Entity: | University Behavioral Health Of El Paso, LLC<br>Entity ID Number 3657424 |
| Entity Served: | University Behavioral Health of El Paso, LLC, d/b/a El Paso Behavorial Health System |
| Title of Action: | Jaime Jeronimo Garcia vs. University Behavioral Health of El Paso, LLC d/b/a El Paso Behavioral Health System |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Discrimination |
| Court/Agency: | El Paso County District Court, Texas |
| Case/Reference No: | 2018-DCV-2210 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 08/09/2018 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Connie J. Flores<br>915-308-1000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

DELIVERED THIS 9 DAY OF AUG 20 18
CARLOS B. LOPEZ
CONSTABLE, PCT 5, TRAVIS COUNTY, TEXAS
BY: [DEPUTY]

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **UNIVERSITY BEHAVIORAL HEALTH OF EL PASO, LLC, D/B/A EL PASO BEHAVORIAL HEALTH SYSTEM** who may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO, 1211 E 7TH STREET, SUITE 620, AUSTIN, TX 78701 or wherever he/she may be found**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's 1st Amended Petition, Jury Demand and Request for Initial Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **210th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Amended Petition was filed in said court on this the 14th day of June, 2018 by Attorney at Law, CONNIE J. FLORES, 906 N. MESA ST., 2ND FLOOR, EL PASO, TX 79902 in this case numbered **2018DCV2210** on the docket of said court, and styled:

**JAIME JERONIMO GARCIA**
**VS.**
**UNIVERSITY BEHAVIORAL HEALTH OF EL PASO, LLC D/B/A EL PASO BEHAVORIAL HEALTH SYSTEM**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's 1st Amended Petition, Jury Demand and Request for Initial Disclosure, Plaintiff's First Set of Interrogatories to Defendant and Privielge Log, Plaintiffs' First Request for Production of Documents and Things and Privilege Log to Defendant accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 1st day of August, 2018.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: NORMA FAVELA BARCELEAU  District Clerk
El Paso County, Texas

By: _____, Deputy
Stephanie V. Aguilar

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the Plaintiff's 1st Amended Petition, Jury Demand and Request for Initial Disclosure, Plaintiff's First Set of Interrogatories to Defendant and Privielge Log, Plaintiffs' First Request for Production of Documents and Things and Privilege Log to Defendant at the following times and places, to-wit:

| NAME | DATE MONTH | DAY | YEAR | TIME Hour | Min. | .M. | Place, and Course and Distance From Court House |
|------|------------|-----|------|-----------|------|-----|-------------------------------------------------|
|      |            |     |      |           |      |     |                                                 |
|      |            |     |      |           |      |     |                                                 |
|      |            |     |      |           |      |     |                                                 |
|      |            |     |      |           |      |     |                                                 |
|      |            |     |      |           |      |     |                                                 |

And not executed as to the defendant, _____

_____

the diligence used in finding said defendant, being _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ cop ____ $ _____   Carlos B. Lopez
                                          Constable Pct. 5, Travis County, Texas ____ Sheriff
                                          _____ County, Texas

Total _____ $ _____   By _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____ o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent
_____County, Texas
By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE ____ DAY OF _____, 20____.

(SEAL)

_____
NOTARY PUBLIC, STATE OF TEXAS